ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Marta Dominguez De Iglesias,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV 26-01048-PHX-SPL (CDB)

**ORDER**

Petitioner filed a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging her immigration detention. (Doc. 1). Petitioner now moves to withdraw the Petition. (Doc. 15).

Accordingly, **IT IS ORDERED:**

(1) Petitioner's Motion to Withdraw (Doc. 15) is **granted**.

(2) The Petition (Doc. 1) is **dismissed without prejudice**.

(3) Any pending motions are **denied as moot**.

(4) The Clerk of Court must enter judgment accordingly and close this case.

Dated this 26th day of August, 2026.

Honorable Steven P. Logan
United States District Judge